IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY A. AVERY                                           PLAINTIFF

v.                      Case No. 6:17-cv-6124

DEPUTY STEVEN ELROD;
CAPTAIN RON HALVERSON; APN
EARNEST ENNIS; DR. KARL WAGENHAUSER;
SOUTHWEST CORRECTIONAL MEDICAL GROUP;
and SHERIFF MIKE MCCORMICK                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 16, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 68). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice because Plaintiff has failed to comply with Court orders and prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 68) *in toto*. Accordingly, Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2020.

                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             Chief United States District Judge